Simon, Admrx., Appellant, *v.* Hudson Coal
Company.

Argued May 25, 1944.  Before MAXEY, C. J., DREW,
LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

84

*Alfred E. Swoyer,* with him *James F. Brady,* for appellant.

*Francis D. Mahon,* with him *R. S. Houck,* for appellee.

PER CURIAM, June 30, 1944:

The judgment is affirmed on the opinion of Judge EAGEN of the court below.